**Mark R. Borghese**
Email: mark@borgheselegal.com
Borghese Legal, Ltd.
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
Tel: 702-382-0200
Fax: 702-382-0212

**Reza Mirzaie**
Email: rmirzaie@raklaw.com
**Paul S. Kroeger**
Email: pkroeger@raklaw.com
**Stanley H. Thompson , Jr.**
Email: sthompson@raklaw.com
**C. Jay Chung**
Email: jchung@raklaw.com
Russ, August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Tel: 310-826-7474
Fax: 310-826-6991
*Attorneys for Plaintiff 2-Way Computing, Inc.*

**Kelly H. Dove**
Email: kdove@swlaw.com
Snell & Wilmer
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Tel: 702-784-5200
Fax: 702-784-5252

*Attorney for Defendants AT&T Mobility LLC and AT&T Mobility II LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| 2-WAY COMPUTING, INC., <br><br> Plaintiff, <br><br> vs. <br><br> AT&T MOBILITY LLC and AT&T MOBILITY II LLC, <br><br> Defendants. | CASE NO. 2:15-cv-02230 <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** <br><br> **(First Request)** |

Plaintiff 2-Way Computing, Inc. ("2-Way") and Defendants AT&T Mobility LLC and AT&T Mobility II LLC (collectively, "ATTM") by and through their counsel, hereby file this Stipulation and [Proposed] Order to Extend the Deadline to Respond to Complaint. This request complies with Local Rules ("LR") 6-1, 6-2, and 7-1. The litigation of this matter will be best served by the proposed extension. This is the first request to extend the response deadline. This request is not made after the response deadline.

The Complaint [Doc. No. 1] was filed on November 25, 2015. Defendant AT&T was served with the summons and complaint on December 16, 2015. The current deadline to respond to the Complaint is January 6, 2016.

Due to the intervening holidays and the need for AT&T to retain outside counsel, pursuant to a telephone conversation with AT&T, Plaintiff is agreeable to extend the deadline for AT&T to respond to the Complaint for thirty (30) days, until February 5, 2016. Pursuant to LR 26-1, the deadline to schedule a 26(f) conference will be triggered by AT&T's filing its Answer.

Accordingly, Plaintiff and Defendants respectfully request that the Court grant this request to continue the deadline to respond to the Complaint.

Respectfully Submitted,

Dated: January 5, 2016

BORGHESE LEGAL, LTD.

By: *s/ Mark Borghese*
    Mark Borghese, Esq.
    Nevada Bar No. 6231
    10161 Park Run Drive, Suite 150
    Las Vegas, NV 89145
    702-382-0200
    Fax: 702-382-0212
    *Attorney for Plaintiff*

SNELL & WILMER

By: *s/ Kelly H. Dove*
    Kelly H. Dove, Esq.
    Nevada Bar No. 10569
    10161 Park Run Drive, Suite 150
    Las Vegas, NV 89145
    702-382-0200
    Fax: 702-382-0212
    *Attorney for Defendants*

**ORDER**

IT IS SO ORDERED.

DATED this  5th  day of  January , 2016.

_____
U.S. MAGISTRATE JUDGE

## **CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** by the method indicated:

| | |
|---|---|
| _____ | U.S. Mail |
| _____ | U.S. Certified Mail |
| _____ | Facsimile Transmission |
| _____ | Overnight Mail |
| _____ | Federal Express |
| _____ | Hand Delivery |
| ___X___ | Electronic Filing/ECF |

and addressed to the following:

Mark R. Borghese
Email: mark@borgheselegal.com
Borghese Legal, Ltd.

Reza Mirzaie
Email: rmirzaie@raklaw.com
Paul S. Kroeger
Email: pkroeger@raklaw.com
Stanley H. Thompson , Jr.
Email: sthompson@raklaw.com
C. Jay Chung
Email: jchung@raklaw.com
Russ, August & Kabat

*Attorneys for Plaintiff 2-Way Computing, Inc.*

DATED: January 5, 2016

　　　　　　　　　　　　　　 _/s/ Ruby Lengsavath_____
　　　　　　　　　　　　　　 An Employee of Snell & Wilmer L.L.P.

23252699