**Mark R. Borghese**
Email: mark@borgheselegal.com
Borghese Legal, Ltd.
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
702-382-0200
Fax: 702-382-0212

**Reza Mirzaie**
Email: rmirzaie@raklaw.com
**Paul S. Kroeger**
Email: pkroeger@raklaw.com
**Stanley H. Thompson , Jr.**
Email: sthompson@raklaw.com
**C. Jay Chung**
Email: jchung@raklaw.com
Russ, August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
310-826-7474
Fax: 310-826-6991

*Attorneys for Plaintiff 2-Way Computing, Inc.*

(Additional Counsel Listed on Signature Page)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

2-WAY COMPUTING, INC.,

Plaintiff,

vs.

AT&T MOBILITY LLC and AT&T MOBILITY II LLC,

Defendants.

Case No. 2:15-cv-02230-GMN-(CWH)

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE PROPOSED PROTECTIVE ORDER**

**(First Request)**

Plaintiff 2-Way Computing, Inc. (“2-Way”) and Defendants AT&T Mobility LLC and AT&T Mobility II LLC (collectively, “ATTM”) by and through their counsel, hereby file this

Stipulation and [Proposed] Order to Extend the Deadline to File Proposed Protective Order. This request complies with Local Rules 6-1, 6-2, and 7-1. The litigation of this matter will be best served by the proposed extension. This is the first request to extend this deadline. This request is not made after the deadline.

On April 26, 2016, the Court entered the Discovery Plan and Scheduling Order in this matter, ECF No. 44, setting April 27, 2016 as the deadline for the parties to file a proposed protective order. The parties agree that a two-week extension of the proposed protective order deadline, to May 11, 2016, will permit the parties time to resolve any initial disagreements regarding the language of the proposed protective order and work toward submitting an agreed proposed order to the Court.

Accordingly, Plaintiff and Defendants respectfully request that the Court grant this request to continue the deadline to file a proposed protective order.

DATED: April 27, 2016

Respectfully submitted,

**RUSS, AUGUST & KABAT**

*/s/ Stanley H. Thompson, Jr.*
Reza Mirzaie, Esq.
Paul S. Kroeger, Esq.
Stanley H. Thompson, Jr., Esq.
C. Jay Chung, Esq.
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025

**BORGHESE LEGAL, LTD.**
Mark Borghese, Esq.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

***Counsel for Plaintiff***
*2-Way Computing Inc.*

**KILPATRICK TOWNSEND & STOCKTON LLP**

*/s/ Laura K. Mullendore*
Steven D. Moore (*Pro Hac Vice*)
smoore@kilpatricktownsend.com
Two Embarcadero Center, Eighth Floor
San Francisco, CA 94111
Tel: (415) 576-0200
Fax: (415) 576-0300

Kristopher L. Reed (*Pro Hac Vice*)
kreed@kilpatricktownsend.com
Laura Mullendore (*Pro Hac Vice*)
lmullendore@kilpatricktownsend.com
1400 Wewatta Street, Suite 600
Denver , CO 80202
Tel: (303) 571-4000
Fax: (303) 571-4321

Jonathan E. Harris (*Pro Hac Vice*)
jeharris@kilpatricktownsend.com
1001 West Fourth Street

Winston-Salem, NC 27101
Tel: (336) 607-7300
Fax (336) 607-7500

**SNELL & WILMER LLP**
Kelly Dove (Nevada Bar No. 10569)
kdove@swlaw.com
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Tel: (702) 784-5200
Fax: (702) 784-5252

***Counsel for Defendants***
*AT&T Mobility LLC and AT&T Mobility II LLC*

**ORDER**

IT IS SO ORDERED.

DATED: April 28, 2016

______________________________
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE PROPOSED PROTECTIVE ORDER** by the method indicated:

_____________ U.S. Mail

_____________ U.S. Certified Mail

_____________ Facsimile Transmission

_____________ Overnight Mail

_____________ Federal Express

_____________ Hand Delivery

_____X_____ Electronic Filing/ECF

and addressed to the following:

Mark R. Borghese
Email: mark@borgheselegal.com
Borghese Legal, Ltd.

Reza Mirzaie
Email: rmirzaie@raklaw.com
Paul S. Kroeger
Email: pkroeger@raklaw.com
Stanley H. Thompson , Jr.
Email: sthompson@raklaw.com
C. Jay Chung
Email: jchung@raklaw.com
Russ, August & Kabat

*Attorneys for Plaintiff 2-Way Computing, Inc.*

DATED: April 27, 2016

*/s/ Laura K. Mullendore*
An Employee of Kilpatrick Townsend & Stockton LLP

68427614V.1