**Mark R. Borghese**
Email: mark@borgheselegal.com
Borghese Legal, Ltd.
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
702-382-0200
Fax: 702-382-0212

**Reza Mirzaie**
Email: rmirzaie@raklaw.com
**Paul S. Kroeger**
Email: pkroeger@raklaw.com
**Stanley H. Thompson , Jr.**
Email: sthompson@raklaw.com
**C. Jay Chung**
Email: jchung@raklaw.com
Russ, August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
310-826-7474
Fax: 310-826-6991

*Attorneys for Plaintiff 2-Way Computing, Inc.*

(Additional Counsel Listed on Signature Page)

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| 2-WAY COMPUTING, INC., <br><br> Plaintiff, <br><br> vs. <br><br> AT&T MOBILITY LLC and AT&T MOBILITY II LLC, <br><br> Defendants. | Case No. 2:15-cv-02230-GMN-(CWH) <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE PROPOSED PROTECTIVE ORDER** <br><br> **(Second Request)** |

Plaintiff 2-Way Computing, Inc. ("2-Way") and Defendants AT&T Mobility LLC and AT&T Mobility II LLC (collectively, "ATTM") by and through their counsel, hereby file this

1  Stipulation and [Proposed] Order to Extend the Deadline to File Proposed Protective Order.  This
2  request complies with Local Rules 6-1, 6-2, and 7-1.  The litigation of this matter will be best
3  served by the proposed extension.  This is the second request to extend this deadline.  This
4  request is not made after the deadline.

5  On April 26, 2016, the Court entered the Discovery Plan and Scheduling Order in this
6  matter, ECF No. 44, setting April 27, 2016 as the deadline for the parties to file a proposed
7  protective order.  On April 27, 2016, the parties submitted a stipulation for a two-week extension
8  of the proposed protective order deadline to May 11, 2016, ECF No. 45, which the Court
9  approved on April 28, 2016, ECF No. 46.  The parties have made substantial progress toward an
10 agreed protective order during that two-week period, but agree that an additional one-week
11 extension, to May 18, 2016, will permit the parties time to resolve a few remaining issues so that
12 the parties can present a minimal number of disputes, if any, regarding the proposed protective
13 order to the Court.

14 Accordingly, Plaintiff and Defendants respectfully request that the Court grant this request
15 to continue the deadline to file a proposed protective order.

16 DATED: May 11, 2016

17 Respectfully submitted,

18
19 **RUSS, AUGUST & KABAT**                    **KILPATRICK TOWNSEND & STOCKTON LLP**

20  */s/ Stanley H. Thompson, Jr.*              */s/ Laura Mullendore*
21 Reza Mirzaie, Esq.                            Steven D. Moore (*Pro Hac Vice*)
   Paul S. Kroeger, Esq.                        smoore@kilpatricktownsend.com
22 Stanley H. Thompson, Jr., Esq.               Two Embarcadero Center, Eighth Floor
   C. Jay Chung, Esq.                           San Francisco, CA  94111
23 12424 Wilshire Boulevard, 12th Floor         Tel:    (415) 576-0200
   Los Angeles, California  90025               Fax:    (415) 576-0300
24
25 **BORGHESE LEGAL, LTD.**                     Kristopher L. Reed (*Pro Hac Vice*)
   Mark Borghese, Esq.                          kreed@kilpatricktownsend.com
26 10161 Park Run Drive, Suite 150              Laura Mullendore (*Pro Hac Vice*)
   Las Vegas, Nevada 89145                      lmullendore@kilpatricktownsend.com
27                                               1400 Wewatta Street, Suite 600
   *Counsel for Plaintiff*                      Denver , CO 80202
28

1 | *2-Way Computing Inc.*

Tel: (303) 571-4000
Fax: (303) 571-4321

Jonathan E. Harris (*Pro Hac Vice*)
jeharris@kilpatricktownsend.com
1001 West Fourth Street
Winston-Salem, NC 27101
Tel: (336) 607-7300
Fax (336) 607-7500

**SNELL & WILMER LLP**
Kelly Dove (Nevada Bar No. 10569)
kdove@swlaw.com
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Tel: (702) 784-5200
Fax: (702) 784-5252

*Counsel for Defendants*
*AT&T Mobility LLC and AT&T Mobility II LLC*

## ORDER

IT IS SO ORDERED.

DATED May 12, 2016

_____
U.S. MAGISTRATE JUDGE

# **CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE PROPOSED PROTECTIVE ORDER** by the method indicated:

| | |
|---|---|
| _____ | U.S. Mail |
| _____ | U.S. Certified Mail |
| _____ | Facsimile Transmission |
| _____ | Overnight Mail |
| _____ | Federal Express |
| _____ | Hand Delivery |
| ___X___ | Electronic Filing/ECF |

and addressed to the following:

Mark R. Borghese
Email: mark@borgheselegal.com
Borghese Legal, Ltd.

Reza Mirzaie
Email: rmirzaie@raklaw.com
Paul S. Kroeger
Email: pkroeger@raklaw.com
Stanley H. Thompson , Jr.
Email: sthompson@raklaw.com
C. Jay Chung
Email: jchung@raklaw.com
Russ, August & Kabat

*Attorneys for Plaintiff 2-Way Computing, Inc.*

DATED: May 11, 2016

　　　　　　　　　　　　　　　　 */s/ Laura Mullendore*
　　　　　　　　　　　　　　　　Laura Mullendore

68456272V.1