1  **KILPATRICK TOWNSEND & STOCKTON LLP**
   Kristopher L. Reed (*Pro Hac Vice*)
2  Laura Mullendore (*Pro Hac Vice*)
3  1400 Wewatta St., Ste. 600
   Denver, CO 80202
4  Tel:  (303) 571-4000
   Fax:  (303) 571-4321
5  Email: kreed@kilpatricktownsend.com
           lmullendore@kilpatricktownsend.com
6
7  Steven D. Moore (*Pro Hac Vice*)
   Two Embarcadero Center, Suite 1900
8  San Francisco, CA 94111
   Tel:  (415) 576-0200
9  Fax:  (415) 576-0300
   Email: smoore@kilpatricktownsend.com
10
11
   **SNELL & WILMER LLP**
12 Kelly H. Dove (Nevada Bar No. 10569)
   3883 Howard Hughes Parkway, Suite 1100
13 Las Vegas, Nevada 89169
14 Tel:  (702) 784-5200
   Fax:  (702) 784-5252
15 Email: kdove@swlaw.com

16 *Counsel for Defendants*

17

18
                **UNITED STATES DISTRICT COURT**
19                    **DISTRICT OF NEVADA**

20 2-WAY COMPUTING, INC.,

21         Plaintiff,
                                                  Case No. 2:15-cv-02230-GMN-CWH
22     vs.
                                                  **STIPULATION OF DISMISSAL**
23 AT&T MOBILITY LLC and AT&T
   MOBILITY II LLC,
24
           Defendants.
25

26

27

1  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff 2-Way
2  Computing, Inc. and Defendants AT&T Mobility LLC and AT&T Mobility II LLC ("ATTM")
3  hereby stipulate to the dismissal of this action.  All claims for relief asserted against ATTM by 2-
4  Way Computing, Inc. herein are dismissed WITH PREJUDICE; all counterclaims for relief
5  asserted against 2-Way Computing, Inc. by ATTM are dismissed WITHOUT PREJUDICE.
6  Each party will bear its own costs and attorneys' fees.

Dated: November 11, 2016                    Respectfully submitted,

| RUSS AUGUST & KABAT | KILPATRICK TOWNSEND & STOCKTON LLP |
|---|---|
| */s/ Reza Mirzaie* | */s/ Kristopher L. Reed* |
| Reza Mirzaie | Kristopher L. Reed (*Pro Hac Vice*) |
| rmirzaie@raklaw.com | kreed@kilpatricktownsend.com |
| Jay Chung | Laura Mullendore (*Pro Hac Vice*) |
| jchung@raklaw.com | lmullendore@kilpatricktownsend.com |
| Paul Kroeger | 1400 Wewatta Street, Suite 600 |
| pkroeger@raklaw.com | Denver, CO 80202 |
| Stanley H. Thompson, Jr. | Tel:     (303) 571-4000 |
| sthompson@raklaw.com | Fax:    (303) 571-4321 |
| 12424 Wilshire Boulevard, Twelfth Floor | |
| Los Angeles, CA 90025 | Steven D. Moore (*Pro Hac Vice*) |
| Tel:     (310) 826-7474 | smoore@kilpatricktownsend.com |
| Fax:    (310) 826-6991 | Two Embarcadero Center, Suite 1900 |
| | San Francisco, CA  94111 |
| **BORGHESE LEGAL, LTD.** | Tel:     (415) 576-0200 |
| Mark R. Borghese | Fax:    (415) 576-0300 |
| mark@borgheselegal.com | |
| 10161 Park Run Drive, Suite 150 | **SNELL & WILMER LLP** |
| Las Vegas, NV 89145 | Kelly Dove (Nevada Bar No. 10569) |
| Tel:     (702) 382-0200 | kdove@swlaw.com |
| Fax:    (702) 382-0212 | 3883 Howard Hughes Parkway, Suite 1100 |
| | Las Vegas, Nevada 89169 |
| *Counsel for Plaintiff* | Tel:     (702) 784-5200 |
| *2-Way Computing, Inc.* | Fax:    (702) 784-5252 |
| | |
| | *Counsel for Defendants* |
| | *AT&T Mobility LLC and AT&T Mobility II LLC* |

1

**ORDER**

IT IS SO ORDERED.

DATED this _____ day of _____, 2016.

_____
U.S. DISTRICT COURT JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION OF DISMISSAL** by the method indicated:

| | |
|---|---|
| \_\_\_XXX\_\_\_ | by the Court's CM/ECF Program |
| _____ | by U. S. Mail |
| _____ | by Facsimile Transmission |
| _____ | by Electronic Mail |
| _____ | by Federal Express |
| _____ | by Hand Delivery |

| | |
|---|---|
| **BORGHESE LEGAL, LTD.**<br>Mark R. Borghese<br>mark@borgheselegal.com<br>10161 Park Run Drive, Suite 150<br>Las Vegas, NV 89145<br>Tel:   (702) 382-0200<br>Fax:   (702) 382-0212<br><br>*Counsel for Plaintiff*<br>*2-Way Computing, Inc.* | **RUSS AUGUST & KABAT**<br>Jay Chung<br>jchung@raklaw.com<br>Paul Kroeger<br>pkroeger@raklaw.com<br>Reza Mirzaie<br>rmirzaie@raklaw.com<br>Stanley H. Thompson, Jr.<br>sthompson@raklaw.com<br>12424 Wilshire Boulevard, Twelfth Floor<br>Los Angeles, CA 90025<br>Tel:   (310) 826-7474<br>Fax:   (310) 826-6991<br><br>*Counsel for Plaintiff*<br>*2-Way Computing, Inc.* |
| Dated: November 11, 2016 | */s/ Kristopher L. Reed*_____<br>Kristopher L. Reed (*Pro Hac Vice*) |

68901271V.1